UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NO. SA-11-CR-516-XR |
| MEHRDAD ANSARI, (3), | § § | |
| Defendant. | § § | |

**GOVERNMENT'S EXPERT WITNESS NOTIFICATION-FINGERPRINTS**

COMES NOW, the United States of America, by and through its undersigned counsel, Mark T. Roomberg, Assistant United States Attorney, and hereby files its Expert Witness Notification-Fingerprints, and states:

Pursuant to Federal Rule of Evidence 702, 703, 704, and 705, and Federal Rule of Criminal Procedure 16, the United States hereby gives notice that it intends to call the following witness:

D.J. Fife, an expert on fingerprint analysis, to testify as to the methodology of fingerprint comparison; he will further testify as to the examination and comparison of known and latent prints found on certain items seized from the Defendant and provided to the FBI when his custody was transferred from the Republic of Georgia to the United States government. In summary, Examiner Fife will testify that he compared the known prints of the Defendant with the latent prints found on the notebooks/journals seized from the Defendant and the defendant's fingerprints match the latent prints.

1

Examiner Fife's credentials and report are more fully set forth in the attached documents.

The United States requests that the defendant provide the government with reciprocal discovery, including expert witness testimony, as provided by Federal Rules of Evidence 702, 703, 705, Federal Rule of Criminal Procedure 16, and the Court's Standing Discovery Order.

    Respectfully submitted,

    GREGG N. SOFER
    United States Attorney

By:     /s/
    MARK T. ROOMBERG
    Assistant United States Attorney
    State Bar No. 24062266
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    Tel: (210) 384-7150

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November 2020, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Michael Gross, Esquire

/s/
MARK T. ROOMBERG