# D. J. Fife, MS

2501 Investigation Parkway
Quantico, VA  22135
Office: (703) 632-8392   Fax: (703) 632-7397
djfife@fbi.gov

## PROFESSIONAL EXPERIENCE

**Physical Scientist / Forensic Examiner**
 May 2004 – Present  FBI Laboratory – Latent Print Operations Unit (Quantico, VA)

    Examine evidence for latent prints and compare those latent prints with the prints of known individuals.

    Have been qualified as an expert witness in the discipline of the latent prints and testified in Military Commissions, Federal and State court.

**Research Associate**
 Sep 2002 – Apr 2004  Oregon Health and Science University (Portland, OR)

**Research Assistant II**
 Nov 2001 – Aug 2002  Oregon Health and Science University (Portland, OR)

**Graduate Research Assistant**
 Sep 1998 – Aug 2001  University of Massachusetts, Boston (Boston, MA)

**Post Baccalaureate Research Fellow**
 Jun 1997 – Sep 1998  Idaho National Engineering & Environmental Laboratory (Idaho Falls, ID)

## EDUCATION

**University of Massachusetts, Boston**
 Sep 1998 – Aug 2001  Boston, MA

    Master of Science Degree in Biology
    Concentration in Molecular Biology and Microbiology

**Utah State University**
 Sep 1992 – Jun 1997  Logan, UT

    Bachelor of Science Degree in Biology
    Minor in Chemistry

## PROFESSIONAL TRAINING RECEIVED

**Comparison of Plantar Friction Ridge Impressions,**
 Feb 2020  Salt Lake City, UT

**IAI Educational Conference,** International Association for Identification
 August 2019  Reno, NV

**Advanced NGI Idemia**
 Mar 2018  Quantico, VA

**Logical Latent Analysis**
 Jun 2017  Quantico, VA

**Analysis of Distortion in Latent Prints**
 Jun 2016  Quantico, VA

**D. J. Fife**
**Page 2 of 2**

**Exclusionology: Standards and Reducing Errors**
    Mar 2015        Quantico, VA

PROFESSIONAL TRAINING RECEIVED (continued)

**Reviewing and Understanding Current Research in Friction Ridge Examination**
    Sep 2014        Quantico, VA

**Fundamental Concepts in the Vision and Cognitive Sciences**
    May 2012        Quantico, VA

**Evidentiary Law Perspective on the Scientific Foundation of Fingerprint Testimony seminar**
    Apr 2012        Quantico, VA

**Hazardous Evidence Analysis Team Training**, National Bioforensic Analysis Center
    Sep 2010        Frederick, Maryland

**National Institute of Justice Impression and Pattern Evidence Symposium**
    Aug 2010        Clearwater, FL

**Post Blast Investigator Course**
    Apr 2009        Quantico, VA

**Radiological Worker Training,** Savannah River National Laboratory
    Nov 2008        Aiken, SC

**Evidence Response Team Basic Training for Laboratory Personnel**
    Jul 2008        Woodbridge, VA

**AAFS Annual Scientific Meeting,** American Academy of Forensic Sciences
    Feb 2008        Washington, DC

**Forensic Digital Image Processing Training**
    Jul 2006        Quantico, VA

**Advanced Palm Print Comparison Techniques**
    Jun 2006        Quantico, VA

**Prenatal Origins of Human Variation in Friction Ridges**
    Sep 2005        Quantico, VA

**Basic Forensic Ridgeology**
    Aug 2005        Quantico, VA

**Latent Print Physical Scientist/Forensic Examiner Training Program,** Federal Bureau of Investigation
    May 2004 – Jan 2006    Quantico, VA

TESTIMONY EXPERIENCE (last four years)

**United States v. MOHAMMAD et al.**        Sept 2019
    Guantanamo Bay, Cuba

**United States v. AHMAD KHAD RAHIMI**        Oct 2017
    New York, New York